**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAKIESHA T. PARKER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3987** |
| **ROBERT H. SHEMWELL, CLERK OF COURT, ET AL** | **SECTION "J"(5)** |

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the Plaintiffs' objection thereto, and the Defendants' response to the objection hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that the above-captioned action be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 27th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE